IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff-Respondent, | ) | Case No.   CV-05-187-E-BLW |
| | ) |              CR-03-276-E-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| SERGIO VARGAS-CEJA, | ) | |
| | ) | |
|     Defendant-Movant. | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 filed by SERGIO VARGAS-CEJA is DISMISSED with prejudice.

DATED: **August 22, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

Judgment - 1